IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SALEEBA MAXAMETH CALI,

    *Plaintiff*,

v.                                                               Case No.: 1:25cv349-MW/ZCB

DEKALB COUNTY JAIL, et al.,

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Plaintiff's "notice to the Court," ECF No. 4, which this Court construes as objections to the Report and Recommendation.

The Magistrate Judge recommends dismissal without prejudice because Plaintiff is a three-striker who failed to pay the filing fee when initiating this suit and his complaint does not allege that he faces an imminent danger of serious physical injury. Plaintiff's objections only emphasize that he has no money to pay a filing fee and he has lost all his property. However, these assertions do not change the fact that Plaintiff is a three-striker who failed to pay the filing fee and who has not demonstrated that he is subject to the imminent danger exception.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 3, is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** because Plaintiff is not permitted to proceed *in forma pauperis*, and he failed to pay the filing fee at the time he commenced this case." The Clerk shall close the file.

**SO ORDERED on December 11, 2025.**

s/Mark E. Walker
**United States District Judge**
